IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DeVAUGHN WILLIAMS, | : | CIVIL ACTION |
|  | : |  |
| Plaintiff, | : | NO. 2:22-cv-00085-CB |
| v. | : |  |
|  | : |  |
| RAILWORKS TRACK SERVICES, INC., | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

**PLAINTIFF'S UNOPPOSED MOTION FOR
CERTIFICATION OF THE SETTLEMENT CLASS, FINAL
APPROVAL OF THE SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 19-1, Plaintiff DeVaughn Williams ("Williams") and Defendant RailWorks Track Services, Inc. (now known as RailWorks Track Services LLC, "RailWorks") have agreed to settle this lawsuit on behalf of a 109-member class[1] of individuals who worked as hourly construction employees for RailWorks at the petrochemical facility located in Monaca, PA in any workweek from February 25, 2019 through May 8, 2022 (the "Class" or "Class Members").

In August 2023, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to the Class, and appointing the undersigned to serve as interim class counsel.  *See* Doc. 18.  The notice process is complete.  *See generally* Declaration of R. Andrew Santillo ("Santillo Dcl.") (Doc. 19-2).  ***None*** of the Class Members have submitted objection to the settlement and only one (Kristen Paulick) has asked to be excluded from the settlement, *id.* at ¶¶ 30-32.

---

[1]  As discussed in the attached Memorandum of Law, *see* Doc. 20, since one (1) Class Member (Kristen Paulick) submitted a request for exclusion from the settlement, the Class would be reduced to 108 members.

This matter is now ripe for "final approval" of the settlement. The Court has scheduled a fairness hearing for January 9, 2024, *see* Doc. 18 at ¶ 6, and, in anticipation of the hearing, Beauregard respectfully asks the Court to enter an order:

- Certifying, pursuant to Federal Rules of Civil Procedure ("Civil Rules") 23(a) and 23(b)(3), a settlement class comprised of the 109 Class Members

- Approving the settlement of this action as fair, reasonable, and adequate under Civil Rile 23(e)(2);

- Approving the payment of a $3,000.00 service award to Williams;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC and Conboy Law, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $22,000.00 to compensate class counsel for reasonable attorney's fees and expenses.

The above relief is warranted based on, *inter alia*, the accompanying Agreement, the accompanying sworn statements of R. Andrew Santillo and Timothy Conboy, and the accompanying Memorandum of Law.

**WHEREFORE**, Beauregard, on behalf of himself and other Class Members, respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date:  December 20, 2023

Respectfully submitted,

/s/ R. Andrew Santillo
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

Timothy Conboy
Conboy Law, LLC
733 Washington Road, Suite 201
Pittsburgh, PA 15228

*Proposed Class Counsel*